# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER WILLIAM LAWLESS,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN CATES,<br><br>    Respondent. | Case No. 1:22-cv-00523-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE COPY OF RESENTENCING HEARING TRANSCRIPT |

Petitioner Kristopher William Lawless is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is proceeding with his sole remaining claim—ineffective assistance of counsel with respect to Petitioner's resentencing hearing. (ECF No. 28.) Respondent has filed an answer, and Petitioner has filed a traverse. (ECF Nos. 33–35.) However, Respondent has not provided the Court with a copy of the transcript of the resentencing hearing, which the Court finds will assist the Court in this matter.

///

///

///

///

///

1    Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of the date of
2 this order, Respondent SHALL FILE a copy of the transcript of Petitioner's resentencing
3 hearing. The transcript shall only be filed electronically and, to the extent practicable, provided
4 in Optical Character Recognition ("OCR") format.

IT IS SO ORDERED.

Dated:   **August 1, 2023**            /s/ Eric P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2