# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER WILLIAM LAWLESS,<br><br>    Petitioner,<br><br>  v.<br><br>BRIAN CATES,<br><br>    Respondent. | Case No. 1:22-cv-00523-JLT-EPG-HC<br><br>ORDER FOR RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 36) |

On August 1, 2023, this Court ordered that within fourteen days of the date of service of the order, Respondent was to file a copy of Petitioner's resentencing transcript. (ECF No. 36.) To date, two weeks after the deadline, Respondent has not submitted the resentencing transcript. Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of service of this order, Respondent shall show cause why sanctions should not be imposed for failure to obey the Court's August 1, 2023 order.

IT IS SO ORDERED.

Dated:  **September 4, 2023**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE