# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER WILLIAM LAWLESS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRIAN CATES,<br><br>　　　　　Respondent. | Case No. 1:22-cv-00523-JLT-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 37) |

On August 1, 2023, this Court ordered that within fourteen days of the date of service of the order, Respondent was to file a copy of Petitioner's resentencing transcript. (ECF No. 36.) As Respondent had not submitted the resentencing transcript two weeks after the deadline, the Court ordered Respondent to show cause why sanctions should not be imposed. (ECF No. 37.) That same day, Respondent filed a response, stating that "Respondent prepared the transcript and notice of lodging on August 2, 2023. However, due to an oversight, the transcript and notice of lodging were never filed." (ECF No. 39 at 1.) Respondent concurrently filed the transcript. (ECF No. 38.)

In light of Respondent's response, IT IS HEREBY ORDERED that the order to show cause (ECF No. 37) is DISCHARGED.

IT IS SO ORDERED.

Dated: **September 15, 2023**　　　　　　　　/s/ Erica P. Grosjean

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE